**CaiZaiMing.rem**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-1059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PETITION TO REMIT SPECIAL |
| | ) | ASSESSMENT FEE AND FINE |
| ZAI MING CAI, | ) | [18 U.S.C. § 3573] |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant ZAI MING CAI and in support hereof, states as follows:

1.  On December 11, 2001, sentence was imposed by this Court against Defendant ZAI MING CAI.  Among other things, a $200.00 special assessment fee and $2,000.00 Fine were ordered.  The total amount now owed by said Defendant towards the special assessment fee and fine is $2,200.00.

2.  Upon information received from the United States Probation Office, the defendant, ZAI MING CAI, was never supervised by their office but detained by Immigration and deported.

3   No valid address is available for defendant.

//

1       4.      Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

5.      The United States Attorney has determined that in light of Defendant's unknown whereabouts, there is no reasonable likelihood that expending further efforts to collect the special assessment fee and fine will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

6.      The interests of justice mitigate in favor of remission of the unpaid special assessment fee and fine.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee and fine imposed upon Defendant.

DATED this 25th day of January, 2007.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

By:   /s/ Marivic P. David
       MARIVIC P. DAVID
       Assistant U.S. Attorney
       marivic.david@usdoj.gov