```
CaiZaiMing.ord
```

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

JAN 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00028 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| ZAI MING CAI, | ) | Re: United States Petition to Remit Special Assessment Fee and Fine |
| Defendant. | ) | |

Based upon the Plaintiff's Petition to Remit the Special Assessment Fee and Fine, the Court hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the fine and special assessment fee are not likely to be effective. Likewise, the Court finds that it is in the interests of justice to remit the defendant's unpaid special assessment fee and fine including interest that has accrued to date. Accordingly, the Court orders that the defendant's fine and special assessment fee inclusive of any interest or penalties are remitted.

**SO ORDERED**, this 26th day of January, 2007.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands